UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Danielle Shorter,                                          Case No. 3:22-cv-357

              Plaintiff,

v.                                                             ORDER

Trilogy Healthcare of Allen II, LLC,

              Defendants.

On March 4, 2022, Plaintiff Danielle Shorter filed suit against Defendant Trilogy Healthcare of Allen II, LLC, asserting this court had original diversity jurisdiction over this matter. (Doc. No. 1).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute. 28 U.S.C. § 1332(a). To satisfy the diversity jurisdiction requirements, the dispute must be between citizens of different states. 28 U.S.C. § 1332(a)(1). "[A] limited liability company has the citizenship of each of its members." *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).

In this case, Plaintiff stated the following as to Defendant's citizenship:

> Defendant Trilogy Healthcare of Allen II, LLC ("Defendant") is a Delaware limited liability company. Upon information and belief, its members are Trilogy Investors, LLC, a Delaware limited liability company, and Trilogy Healthcare, LLC, a Delaware limited liability company. Upon information and belief, Trilogy Investors, LLC's and Trilogy Healthcare, LLC's members are corporate citizens of Delaware.

(Doc. No. 1 at 1).

While this does address the relevant question of LLC-member citizenship, the general assertion that Defendant's members' members "are corporate citizens of Delaware" is insufficient. Instead, those LLC members' members must actually be identified. Further, if these sub-members are, in fact, corporations, Plaintiff must state those corporations' place of incorporation and principal place of business so I may determine their citizenship.

To maintain this action in federal court, Plaintiff shall file an affidavit of jurisdiction within 28 days of the filing of this order, identifying Defendant's sub-members as well as all information necessary for me to determine the citizenship of those sub-members. I encourage the parties to meet and confer to expedite submissions necessary for me to make an appropriate jurisdictional determination.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge